**Order entered May 21, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01378-CR

### JOSE EZEQUIEL LOPEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 3
Dallas County, Texas
Trial Court Cause No. MB16-34780-C**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for a hearing to determine why appellant's brief had not been filed. On May 19, 2019, we received the reporter's record from the hearing. At the hearing, retained counsel informed the trial court that appellant had signed a motion to withdraw the appeal. Appellant has since filed his motion to withdraw with this Court. An opinion will issue in due course.


/s/      LANA MYERS
         JUSTICE